IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL GUTMAN and<br>BENJAMIN GUTMAN,<br><br>Defendants. | Case No. 1:20-cr-00298 |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Leave to File Memorandum of Support in Excess of Page Limit, the Government's response thereto, any reply thereto, and the entire record in this case, it is hereby

ORDERED that the motion is granted; and

ORDERED that Defendants may file a brief in support of their sanctions motion that is no more than twenty-five pages in length.

ENTERED THIS  16th  day of  May , 2022.

s/Jennifer P. Wilson
Jennifer P. Wilson
District Court Judge